UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>J. JESUS MARTINEZ-CUEVAS,<br><br>    Defendant. | NO.  CR-99-2109-RHW<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS INDICTMENT** |

Before the Court is the Government's Motion to Dismiss Indictment (Ct. Rec. 2).  The motion was heard without oral argument.

The Government reports that Defendant is currently a fugitive and asks the Court to dismiss the Indictment filed on September 21, 1999, without prejudice .

Accordingly, **IT IS HEREBY ORDERED**:

1.  The Government's Motion to Dismiss Indictment (Ct. Rec. 2) is **GRANTED**.

2.  The Indictment filed in the above-caption case is **DISMISSED** without prejudice.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order and forward copies to counsel.

**DATED** this 21st day of May, 2007.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
Chief United States District Court

Q:\CRIMINAL\1999\martinez-cuevas.dismiss.wpd

**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS INDICTMENT** ~ 1